# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID RODRIGUES,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:07-CV-00135-RLH-(RAM)

**ORDER**

        Petitioner has filed yet another motion to reopen this case (#46), titled as "Writ of Habeas Corpus." The Court has repeatedly told (#35, #37, #45) Petitioner that he needed to exhaust his state-court remedies by pursuing a post-conviction habeas corpus petition pursuant to Chapter 34 of the Nevada Revised Statutes. The Court has also repeatedly told (#24, #28, #35, #37, #45) Petitioner that original petitions to the Nevada Supreme Court do not exhaust state-court remedies. The motion (#46) raises the same meritless contentions that Petitioner raised in all his earlier motions. Pursuant to its warning (#37), the Court will refer the matter to the Attorney General of the State of Nevada for whatever discipline the Nevada Department of Corrections would see fit to impose.

        IT IS THEREFORE ORDERED that Petitioner's motion to reopen the case (#46) is **DENIED**.

///

///

///

IT IS FURTHER ORDERED that the Clerk shall serve the Respondents a copy of the Petition (#10) and a copy of this Order by regular mail upon the Office of the Attorney General, Criminal Division, 100 North Carson St., Carson City, NV 89701-4717, for a possible violation of MJ-48 of Administrative Regulation 707 of the Nevada Department of Corrections.

DATED: October 16, 2008.

_____
ROGER L. HUNT
Chief United States District Judge